# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| GOY T. BICHIOK, | ) |
| Petitioner, | ) |
| v. | ) No. 4:13-01173-JHH-PWG |
| ERIC HOLDER, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge filed an report and recommendation on January 21, 2014, recommending that the above-captioned petition for writ of habeas corpus be dismissed as moot. (Doc. # 15).  The parties were allowed an opportunity in which t o file objections. No objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.  Accordingly, the petition (Doc. # 1) is due to be dismissed as moot.

An appropriate order will be entered.

**DONE** this the ___14th___ day of February, 2014.

*/s/ James H. Hancock*
_____
SENIOR UNITED STATES DISTRICT JUDGE